Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com

Daniel A. Edelman, Esq.
Cathleen M. Combs, Esq.
Catherine A. Ceko, Esq.
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 Fax
ccombs@edcombs.com
*Pro Hac Vice*
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAY BAIRD, | ) |
| | ) |
| | ) Case No. 2:13-cv-02006-JAD-CWH |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| AARGON AGENCY, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**NOTICE OF SETTLEMENT**

Plaintiff hereby informs the Court that the parties have reached a settlement in this case on an individual basis. Plaintiff intends to file a notice of dismissal, dismissing the individual claims with prejudice and the claims of the putative class members without prejudice, in approximately thirty (30) days.

Respectfully Submitted,

s/Catherine A. Ceko
Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
Catherine A. Ceko
EDELMAN, COMBS LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)