Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com

Daniel A. Edelman, Esq.
Cathleen M. Combs, Esq.
Catherine A. Ceko, Esq.
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 Fax
courtecl@edcombs.com
ccombs@edcombs.com
cceko@edcombs.com
*Pro Hac Vice*
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAY BAIRD, on behalf of Plaintiff and the class defined below, | ) ) ) ) |
| Plaintiff, | ) Case No. 2:13-cv-02006-JAD-CWH ) ) |
| vs. | ) ) |
| AARGON AGENCY, INC., | ) ) |
| Defendant. | ) ) ) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Jay Baird ("Plaintiff"), and Defendant, Aargon Agency, Inc. ("Defendant"), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and the dismissal of the putative

class claims without prejudice. Each party agrees to bear its own costs and fees in connection with this action.

DATED: August 25, 2014

| EDELMAN, COMBS, | KRAVITZ, SCHNITZER |
| LATTURNER & GOODWIN, LLC | & JOHNSON, CHTD. |

s/Cathleen M. Combs
Cathleen M. Combs
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
Attorneys for Plaintiff

s/Gina M. Mushmeche
Gina M. Mushmeche
Nevada Bar No. 10411
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
Attorneys for Defendant

### ORDER

**IT IS HEREBY ORDERED** that this action is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: September 3, 2014.

_____
UNITED STATES DISTRICT JUDGE